ADAM PAUL LAXALT
  Attorney General
JARED M. FROST (Bar No. 11132)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada 89101
(702) 486-3177 (phone)
(702) 486-3773 (fax)
Email: jfrost@ag.nv.gov

*Attorneys for Defendants Renee Baker,
Harold Byrne, Melina Castro, Curtis Kerner,
Tasheena Sandoval, and Donald Southworth*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARRELL CONNERS, | Case No. 2:16-cv-02098-JAD-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| THE STATE OF NEVADA, *et al.*, | ECF Nos. 5, 9 |
| Defendants. | |

Plaintiff, Darrell Conners, appearing *pro se*, and Defendants Renee Baker, Harold Byrne, Melina Castro, Curtis Kerner, Tasheena Sandoval, and Donald Southworth, by and through counsel Adam Paul Laxalt, Attorney General of the State of Nevada, and Jared M. Frost, Senior Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed in its entirety and without prejudice.

///

///

///

This Stipulation for Dismissal Without Prejudice is executed as part of an out-of-court agreement between the parties. Each party will bear its own attorneys' fees and costs.

DATED this  6  day of JUNE, 2017.    DATED this 14 day of June, 2017.

ADAM PAUL LAXALT
Attorney General

By: /s/ Darrell C.
DARRELL CONNERS
*Plaintiff, Pro Se*

By: /s/
JARED M. FROST (Bar No. 11132)
for Senior Deputy Attorney General
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*

## ORDER

Based on the parties' stipulation **[ECF No. 9]** and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that **THIS CASE IS DISMISSED** without prejudice, each side to bear its own fees and costs. The motion for summary judgment **[ECF No. 5] is DENIED as moot,** and the Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
June 14, 2017